District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMAD MANSHA,<br>(Agency No.#A75469482),<br><br>Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, , Secretary, Department of HOMELAND SECURITY, et al.,<br><br>Defendants. | No. C08-1031-JLR<br><br>JOINT STIPULATION FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER<br><br>**Noted for consideration:**<br>**July 16, 2010** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above captioned proceeding, through their respective attorneys that, pursuant to Federal Rule of Civil Procedure 41, the Complaint in the Nature of Mandamus filed in the above captioned action is hereby dismissed without prejudice. Each party agrees to bear their own costs and fees.

STIPULATION FOR VOLUNTARY DISMISSAL & PROPOSED ORDER - 1
(C08-1031 JLR)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED: July 16, 2010

LAW OFFICES OF BART KLEIN

s/ Bart Klein
BART KLEIN, WSBA No. 10909
Law Offices of Bart Klein
605 First Avenue, Suite 500
Seattle, WA 98104
Phone: 206-624-3787
Fax: 206-624-6371
Email: bklein@bartklein.com
Attorneys for Plaintiff

DATED: June 23, 2010

JENNY A. DURKAN
UNITED STATES ATTORNEY

s/Priscilla Chan
PRISCILLA CHAN, WSBA No. 28533
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4073
Email: priscilla.chan@usdoj.gov
Attorney for Defendants

**ORDER**

For the reasons set forth in the Stipulation for Voluntary Dismissal, IT IS HEREBY ORDERED that the case is dismissed without prejudice. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this _____ day of _____, 2010.

_____
JAMES L. ROBART
United States District Judge

STIPULATION FOR VOLUNTARY DISMISSAL & PROPOSED ORDER - 2
(C08-1031 JLR)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970