District Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MOHAMMAD MANSHA,
(Agency No.#A75469482),

    Plaintiff,

v.

JANET NAPOLITANO, , Secretary, Department of HOMELAND SECURITY, et al.,

    Defendants.

No. C08-1031-JLR

JOINT STIPULATION FOR VOLUNTARY DISMISSAL AND [~~PROPOSED~~] ORDER

**Noted for consideration:**
**July 16, 2010**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above captioned proceeding, through their respective attorneys that, pursuant to Federal Rule of Civil Procedure 41, the Complaint in the Nature of Mandamus filed in the above captioned action is hereby dismissed without prejudice. Each party agrees to bear their own costs and fees.

08-CV-01031-MISC

STIPULATION FOR VOLUNTARY DISMISSAL & PROPOSED ORDER - 1
(C08-1031 JLR)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| DATED: July 16, 2010 | DATED: June 23, 2010 |
| LAW OFFICES OF BART KLEIN | JENNY A. DURKAN<br>UNITED STATES ATTORNEY |
| s/ Bart Klein<br>BART KLEIN, WSBA No. 10909<br>Law Offices of Bart Klein<br>605 First Avenue, Suite 500<br>Seattle, WA 98104<br>Phone: 206-624-3787<br>Fax: 206-624-6371<br>Email: bklein@bartklein.com<br>Attorneys for Plaintiff | s/Priscilla Chan<br>PRISCILLA CHAN, WSBA No. 28533<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email:priscilla.chan@usdoj.gov<br>Attorney for Defendants |

## ORDER

For the reasons set forth in the Stipulation for Voluntary Dismissal, IT IS HEREBY ORDERED that the case is dismissed without prejudice. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 19th day of July, 2010.

JAMES L. ROBART
United States District Judge

STIPULATION FOR VOLUNTARY DISMISSAL & PROPOSED ORDER - 2
(C08-1031 JLR)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970